UNITED STATES of America,
Appellee,

v.

U.S. CURRENCY, IN the AMOUNT OF $11,511.00, Defendant,

**Jeffrey B. Austin, Appellant.**

No. 09–2033.

United States Court of Appeals,
Eighth Circuit.

Submitted: March 5, 2010.

Filed: March 24, 2010.

Jeffrey B. Austin, Forrest City, AK, pro se.

Cynthia J. Hyde, Asst. U.S. Atty., Springfield, MO (Matt J. Whitworth, Acting U.S. Atty., Kansas City, MO, on the brief), for appellee.

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

1. The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.

[UNPUBLISHED]

PER CURIAM.

Jeffrey B. Austin appeals the district court's [1] adverse judgment entered after a bench trial in this civil forfeiture action brought by the United States. After careful review, *see United States v. $84,615 in U.S. Currency,* 379 F.3d 496, 501 (8th Cir. 2004) (standard of review), we find no basis for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.